UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWRENCE WEINBERG,

                Plaintiff,

        -against-

BOSTON MARKET CORPORATION and
ROD WHEELER,

                Defendants.
-------------------------------------------------------------X

**ORDER**

CV 05-4674 (LDW)

**ORENSTEIN, Magistrate Judge:**

    The parties in the above referenced case have submitted to the Court a proposed Confidentiality and Stipulation and Order. *See* Stipulation and Proposed Order Re: Confidential Information, dated February 2, 2007.

    Upon examination of the proposed Confidentiality and Stipulation and Order, the Court finds that it does not substantially comply with the requirements of Fed. R. Civ. P. 26( c). The proposed Confidentiality and Stipulation and Order fails to adequately define what information is to be deemed confidential pursuant to Rule 26( c).

    Accordingly, the Court rejects the proposed Confidentiality and Stipulation and Order without prejudice.

    **SO ORDERED.**

Dated:    Central Islip, New York
            February 5, 2007

                                            MICHAEL L. ORENSTEIN
                                            United States Magistrate Judge the